# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1299.  LEONARD P. MACHULAS v. JUDY MACHULAS.**

Leonard P. Machulas and Judy Machulas were divorced in 2008. Leonard Machulas moved to set aside the divorce decree and for a new trial.  The trial court allegedly denied the motion, and Judith Samuels appealed to this Court.[1]

The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008).  Because the underlying subject matter of this appeal is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/04/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*

---

[1] Machulas purports to appeal a November 13, 2011, order, but no such order is included in the record on appeal.